Petition for Reinstatement from Inactive Status.

No. 119 DB 2000.

Supreme Court of Pennsylvania.

Dec. 28, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of December, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 30, 2000, are approved and IT IS ORDERED that KURT M. VOLLERT, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of R. David CONWELL.

Petition for Reinstatement from Inactive Status.

No. 68 DB 2000.

Supreme Court of Pennsylvania.

Dec. 28, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of December, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 30, 2000, are approved and IT IS ORDERED that R. DAVID CONWELL, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Lonnie Eugene WALKER, Respondent.

No. 642 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 25, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of January, 2001, upon consideration of the Report and

Recommendations of the Disciplinary Board dated November 14, 2000, it is hereby

ORDERED that LONNIE EUGENE WALKER be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217, Pa.R.D .E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.